**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-7671**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY MILTON CREWS,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem. Frank W. Bullock, Jr.,
Chief District Judge. (CR-92-299-WS, CA-96-290-6)

—————

Submitted: February 13, 1997     Decided: February 27, 1997

—————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Daniel Smith Johnson, Winston-Salem, North Carolina, for Appellant.
Paul Alexander Weinman, Assistant United States Attorney, Greens-
boro, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Crews, Nos. CR-92-299-WS; CA-96-290-6 (M.D.N.C. Oct. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED